UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-0011 DSF (JCG) | Date | March 22, 2016 |
|---|---|---|---|
| Title | *Patrick F. Paz, Sr. v. County of Riverside et al.* | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | | |
|---|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

None Appearing                                       None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On January 4, 2016, Patrick F. Paz, Sr. ("Plaintiff"), a California prisoner proceeding *pro se*, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). [Dkt. No. 1.] On February 11, 2016, Defendants filed a motion to dismiss the Complaint ("Motion") on the basis of several deficiencies. [Dkt. No. 10.] On February 12, 2016, Magistrate Judge Michael Wilner ordered Plaintiff to respond to the Motion by March 11, 2016. [Dkt. No. 11.] This order included an express warning:

> **"Plaintiff is advised that the failure to respond to this order or the motion will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute this action."**

[*Id.*] As of today's date – more than a week past that deadline – Plaintiff has yet to oppose the Motion.

Moreover, on March 16, 2016, Defendants notified the Court that they were unable to serve Plaintiff at his address of record. [Dkt. No. 21.] Additionally, several items of the Court's mail to Plaintiff were returned as undeliverable. [Dkt. Nos. 22-29.] It would appear that Plaintiff has relocated but failed to file a change of address with the Court.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his response to the Motion and a notice of change of address within **fourteen days** of the date of this Order, he need not separately respond to this Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 16-0011 DSF (JCG) | Date | March 22, 2016 |
| Title | *Patrick F. Paz, Sr. v. County of Riverside et al.* | | |

**Plaintiff is cautioned that his failure to respond will be deemed by the Court as consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED**.

cc: Parties of Record

00 : 00

Initials of Clerk    kh