# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. PAZ, SR., <br>     Plaintiff, <br> v. <br> COUNTY OF RIVERSIDE, *et al.*, <br>     Defendants. | Case No. ED CV 16-0011 DSF (JCG) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.[1]

//
//
//
//
//

---

[1] Plaintiff's address of record is Valley State Prison, P.O. Box 96, Chowchilla, CA 93610. [*See* Dkt. No. 1.] However, mail sent to Plaintiff at that address has been returned undelivered by the U.S. Postal Service. [*See* Dkt. Nos. 36-37.] Plaintiff has failed to apprise the Court of any change of address, as mandated by Local Rule 41-6. *See* L.R. 41-6.

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: 6/30/16

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2