JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. PAZ, SR., <br>     Plaintiff, <br>     v. <br> COUNTY OF RIVERSIDE, *et al.*, <br>     Defendants. | Case No. ED CV 16-0011 DSF (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/30/16

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE